UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANITA EVANGELIST,

    Plaintiff,

v.                                                      Case No. 12-15687
                                                       Hon. Victoria A. Roberts

GREEN TREE et al.,

    Defendants.

_____/

## ORDER

    Plaintiff filed this "Motion And Request Granting Stay Of All Proceedings At 36th District Court until this case has been adjudicated at United States District Court In The Eastern District Of Michigan Southern Division Final Order." (Doc. 5).

    The Court treats this as a request for temporary restraining order under Federal Rule of Civil Procedure 65. This request is **DENIED**.

    The burden is on Plaintiff to show why a restraining order should issue. The showing Plaintiff fails to make is that she has no adequate remedy at law, *United States v. Miami Univ.*, 294 F.3d 797, 816 (6th Cir. 2002), and that: (1) she will suffer immediate and irreparable harm if the order is not granted; (2) the equities are in her favor; (3) she will probably succeed on the merits; and (4) the public interest will benefit from the issuance of the order. *Summit County Democratic Cent. & Executive Co. v. Blackwell*, 388 F.3d 547, 550–51 (6th Cir. 2004). Accordingly, Plaintiff does not meet her burden for a temporary restraining order.

Plaintiff's request is **DENIED**.

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 14, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record and Anita Evangelist by electronic means or U.S. Mail on January 14, 2013.

S/Linda Vertriest
Deputy Clerk